

Nicholas J. Johnson
njohnson@spivaklipton.com

1700 Broadway
New York, NY 10019
T 212.765.2100
F 212.765.8954
spivaklipton.com



```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:_____         │
│ DATE FILED: 12/30/19        │
└─────────────────────────────┘
```

December 30, 2019

*Via ECF*
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: **Trustees of the Pension Fund of Wardrobe Local 764, I.A.T.S.E. v. New York City Opera, Inc.; 1:19-cv-10451-GHW**

Dear Judge Woods:

This firm represents Plaintiffs in the above-referenced matter. Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice in Civil Cases, we write to request an adjournment of the initial pretrial conference currently set for January 8, 2020, and a corresponding adjournment of the January 2, 2020 deadline to submit a preconference letter. This is the first request for an adjournment of each.

Plaintiffs request these adjournments because Defendant has failed to timely file an answer or otherwise move with respect to the Complaint herein. On December 16, 2019, the Clerk entered a Certificate of Default noting Defendant's default. (Doc. No. 10.)

Plaintiffs have not contacted Defendant concerning this request because Defendant has not entered an appearance in this matter and has defaulted. In light of Defendant's default, Plaintiffs do not propose alternative dates for rescheduling the conference or the submission of a preconference letter. Plaintiffs intend to apply to the Court for default judgment in the near future.

Respectfully submitted,

Nicholas J. Johnson

---

Application granted. The initial pre-trial conference currently scheduled for January 8, 2020 is adjourned *sine die*. The Court expects that if Plaintiffs intend to move for a default judgment, they will do so in accordance with the Court's individual rules by no later than January 20, 2020.

SO ORDERED.

Dated: December 30, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge