USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

TRUSTEES OF THE PENSION FUND OF
WARDROBE LOCAL 764, I.A.T.S.E,

                                Plaintiffs,

-v-

NEW YORK CITY OPERA, INC.,

                                Defendant.

-----------------------------------------------------------------X

1:19-cv-10451-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The order to show cause hearing scheduled for March 20, 2020 at 3:00 p.m. is adjourned to May 7, 2020 at 4:00 p.m. The deadline for Defendant to submit its opposition to the order to show cause is extended from March 15, 2020 to April 20, 2020; the deadline for the reply is extended from March 17, 2020 to April 27, 2020. Counsel for Plaintiffs is directed to serve a copy of this order on Defendant and to retain proof of service.

      SO ORDERED.

Dated: March 18, 2020
New York, New York

                                                                 GREGORY H. WOODS
                                                     United States District Judge