USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
| TRUSTEES OF THE PENSION FUND OF WARDROBE LOCAL 764, I.A.T.S.E, | : |
|---|---|
| Plaintiffs, | : |
| -v- | : |
| NEW YORK CITY OPERA, INC., | : |
| Defendant. | : |

1:19-cv-10451-GHW

ORDER

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The order to show cause hearing scheduled for May 7, 2020 at 4:00 p.m. will be held via conference call. The parties are directed to the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website, for dial-in numbers for the conference and other relevant information. Counsel for Plaintiffs is directed to serve a copy of this order on Defendant and to file proof of service.

SO ORDERED.

Dated: April 28, 2020

_____
GREGORY H. WOODS
United States District Judge