USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE PENSION FUND OF :
WARDROBE LOCAL 764, I.A.T.S.E, :
            :
　　　　　　　　　　　　Plaintiffs, :         1:19-cv-10451-GHW
　　　　　-v- :
            :         ORDER
NEW YORK CITY OPERA, INC., :
            :
　　　　　　　　　　　　Defendant. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On May 7, 2020, the Court will hold a hearing on the order to show cause why a default judgment should not be entered against Defendant.  Dkt. Nos. 20, 22.  Plaintiffs have not presented the Court with information sufficient to allow the Court to validate the calculation of pre-judgment interest allegedly owed, should the Court grant a default judgment.  Counsel for Plaintiffs is directed to submit an affidavit explaining how the interest was calculated, along with a spreadsheet showing their calculations through May 7, 2020, the date of the hearing.  Plaintiffs are directed to submit this affidavit by May 6, 2020 at 9:00 p.m.

Counsel for Plaintiffs is directed to serve a copy of this order on Defendant and to file proof of service.

SO ORDERED.

Dated: May 5, 2020　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge