USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

TRUSTEES OF THE PENSION FUND OF
WARDROBE LOCAL 764, I.A.T.S.E,

                          Plaintiffs,

-v-

NEW YORK CITY OPERA, INC.,

                          Defendant.

------------------------------------------------------------------X

1:19-cv-10451-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 7, 2020, the Court held a hearing on the order to show cause why a default judgment should not be entered against Defendant. For the first time, counsel for Defendant appeared. Accordingly, as further explained on the record, the parties are directed to file a joint letter by no later May 15, 2020. The letter must address: (1) whether the parties consent to vacatur of the default and, if so, a proposed extended deadline for Defendant to answer or otherwise respond to the Complaint; (2) if the parties do not consent to vacatur of the default, the parties' positions regarding the motion for vacatur and a proposed briefing schedule for the motion; and (3) whether the parties seek an extension of time to allow the parties time to work towards a potential settlement of this case. Counsel for Plaintiffs is directed to serve a copy of this order on Defendant.

       SO ORDERED.

Dated: May 7, 2020

                                                             GREGORY H. WOODS
                                                         United States District Judge