```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
TRUSTEES OF THE PENSION FUND OF                                  :
WARDROBE LOCAL 764, I.A.T.S.E,                                   :
                                                                 :
                                   Plaintiff,                    :
                                                                 :
                  -v -                                            :
                                                                 :
NEW YORK CITY OPERA, INC,                                        :
                                                                 :
                                   Defendant.                    :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2022

1:19-cv-10451-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 3, 2022, the Court directed the parties to file, no later than December 15, 2022, a joint status letter apprising the Court of the status of proceedings before the Bankruptcy Court and the status of the parties' settlement discussions. *See* Dkt. No. 63. The Court has not received that letter. The parties are directed to comply with the Court's August 3, 2022 order forthwith, and in no event later than December 20, 2022.

SO ORDERED.

Dated: December 16, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge